January 14, 2014



# JUDGMENT

# The Fourteenth Court of Appeals

LINDA G. WEBER AND/OR ALL OCCUPANTS, Appellant

NO. 14-13-00830-CV                    V.

AMERICAN HOMES 4 RENT PROPERTIES TWO, LLC A DELAWARE
LIMITED LIABILITY COMPANY, Appellee

_____

Today the Court heard its own motion to dismiss the appeal from the judgment signed by the court below on August 5, 2013. Having considered the motion and found it meritorious, we order the appeal **DISMISSED**.

We further order that all costs incurred by reason of this appeal be paid by appellant, Linda G. Weber and/or All Occupants.

We further order this decision certified below for observance.